91 F.3d 124
 Laborers Combined Funds of Western Pennsylvania, as Agent
for Joseph Laquatra, Albert W. Betler, Trustees as Litem,
Laborers' District Counsel of Western Pennsylvania Welfare
and Pension Funds, Keystone Building Contractors'
Association Industry Advancement Program of Western
Pennsylvania Fund, Laborers' District Council of Western Pennsylvania
v.
Larry E. Patterson, i/a/t/d/b/a L.E. Patterson Construction Company
 NO. 95-3357
 United States Court of Appeals,
Third Circuit.
 June 07, 1996
 Appeal From: W.D.Pa., No. cv-94-1549
 
 1
 AFFIRMED.